| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

FILED
MAR 31 2006
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DOROTHY BENNETT, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-4666 MJJ |
| v. | ) | SUBSTITUTION OF COUNSEL |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security | ) | |
| Defendant. | ) | |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant JO ANNE B. BARNHART, Commissioner of Social Security, by and through the undersigned counsel, hereby designates the following Special Assistant U.S. Attorney as its counsel of record in the above-captioned case in place of Special Assistant U.S. Attorney Joann Kim:

Sarah Ryan
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978

///

|    |                           |                                                                        |
|----|---------------------------|------------------------------------------------------------------------|
| 1  |                           | KEVIN V. RYAN                                                          |
| 2  |                           | United States Attorney                                                 |
| 3  | DATED: March 29, 2006     | By: /s/ Sara Winslow                                                   |
| 4  |                           | SARA WINSLOW<br>Assistant U. S. Attorney                               |
| 5  |                           |                                                                        |
| 6  | DATED: March 29, 2006     | By: /s/ Sarah Ryan<br>SARAH RYAN<br>Special Assistant U. S. Attorney   |
| 7  |                           |                                                                        |
| 8  |                           | Attorneys for Defendant                                                |

IT IS SO ORDERED

*[signature]*

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

3/31/06
DATE